Statement of Officer Villasenor concerning the boarding of a Go-Fast Vessel that occurred on 02SEP2020

approximately 2259Z we came alongside the TOI, I drew my personal defense weapon and yelled in Spanish to the driver to move off the controls and move to the front of the go fast vessel where the other two members were. BTM Barber reached over and grabbed the red kill switch and engine turned off. Once we had positive control of vessel we relayed communications to our deployable team leader. We started asking persons on board COVID questions and all responded with No to all three questions. BO Perry relayed communications to the Deployable Team Leader (DTL) and I began to fill out the Alpha report asking for who the master was, Bernardo Vargos made a verbal claim to be the master. Bernardo Vargos made a claim of nationality for the vessel, although the vessel had no indicia of nationality, he claimed Dominican Republic. I finished filling out the Alpha report and master Bernardo Vargos verbally claimed they were smuggling drugs. BO Perry relayed information to the DTL, we waited alongside go fast vessel awaiting approval to board. At approximately 0158Z we were given approval to conduct a Law Enforcement Boarding on the go fast vessel. I got onboard the go fast vessel and conducted Initial Safety Sweep (ISS) and BTM Barber provided security. I started with At Sea Space Accountability (ASSA) sketch with BTM Barber when DTL advised at approximately 0224Z that we could treat persons on board as Detainees and transport them to the ARGUS. BO Perry jumped onto the go fast bringing 03 personal flotation devices for the detainees to wear. We moved three persons on board small boat and began transit to the ARGUS for detainee processing. At approximately 0249Z we brought detainees onboard ARG and we conducted a search of TOI personnel.

This statement is true and accurate to the best of my knowledge

DISC-00031

Statement of Officer Villasenor concerning the boarding of a Go-Fast Vessel that occurred on 02SEP2020

_____

Marcos Villasenor, E-4

US Coast Guard

03 SEP 2020

DISC-00032

Statement of Officer Scott Barber concerning the boarding of a Go-Fast Vessel that occurred on 02 SEP 2020

While on routine patrol in the Central Caribbean, RFA ARGUS (ARG) with embarked U.S. Coast Guard Law Enforcement Detachment (LEDET) 106 was notified via Maritime Patrol Aircraft (MPA) of a suspected target of interest (TOI) approximately 120NM North of the La Guajira Peninsula, Colombia. The MPA reported that the TOI was a profile go-fast vessel (GFV) operating in a known drug smuggling area, without navigation lights or apparent indicia of nationality. The MPA reported that the TOI was moving North at a speed of 13kts and appeared to be riding low in the water. ARG closed within 20NM of the TOI's position and launched its Rigid Hull Inflatable Boat (RHIB) to investigate.

Boarding Officer Raven Perry (BO), Assistant Boarding Officer Marcos Villasenor (ABO), Crewman Thornton, Coxswain Fadli, and myself embarked upon the small boat and began to transit in the direction of the TOI. Approximately 2140Z while transiting to the Target of Interest (TOI) our small boat encountered a mechanical casualty and was forced to conduct a small boat swap at sea with the spare small boat. Once swap was complete, the boarding team began transiting towards the last known position of the TOI. Once we were approximately two nautical miles away from the TOI I was able to gain a visual on the contact and was able to see the vessel was underway. As the small boat closed distance, I was able to see crew members of the target vessel jettisoning packages. I immediately moved to the front of the small boat and waited for Coxswain Fadli to line up the small boat to allow me to reach down and recover a package from the water. Once I pulled the bale on deck, we continued our pursuit towards the TOI, once the small boat was approximately 30 yards from the TOI, the TOI went dead in the water. ABO started talking to the passengers in Spanish, at approximately 2259Z I reached over and pulled the kill switch lanyard from the engine. While ABO conducted right of

DISC-00033

Statement of Officer Scott Barber concerning the boarding of a Go-Fast Vessel that occurred on 02 SEP 2020

approach questions, I held security and BO relayed situational updates to RFA ARGUS. Once we were given permission to board and conduct a full LE Boarding, at 0158Z ABO and I conducted the initial safety sweep. Once we completed the Initial safety sweep, at 0224 we were tasked with treating passengers as detainees. The BO tasked me with frisking the detainees for transfer to RFA Argus. I then began to complete at sea space accountability measurements while the BO and the ABO prepped the detainees for transfer back to RFA Argus. Once at sea space accountability was complete and the detainees were transferred of the go fast vessel, the BO and myself continued to complete the LE Boarding Checklist and documenting the Serial Numbers of the Engines and Electronics on the vessel. Once all the evidence was collected we returned to the small boat. The weather on scene became hazardous due to lighting storms and Coxswain Fadli determined it was unsafe to remain underway so we transited back to RFA Argus.

This statement is true and accurate to the best of my knowledge.

*[signature]*

Scott Barber ME3

US Coast Guard

03 SEP 2020

DISC-00034