

## LAW ENFORCEMENT CASE PACKAGE CHECKLIST

**PART I**

### GENERAL

| | | | |
|---|---|---|---|
| Unit: TACLET PACIFIC | Date: 02SEP2020 | Time: 1709Z | Language: SPANISH |
| Questioner: ME3 VILLASENOR | | Interpreter: ME3 VILLASENOR | |
| | **Initial Vessel Information** | | |
| Course: 015 | Speed: 12 kts | Lat: 13 46N | Long: 071 18 |
| Type: GO FAST VESSEL | Rig: 01 OUTBOARD | Hull Color: BLUE | SS Color: N/A |
| Hull Material: FIBER GLASS | | Activity: SUSPECTED OF ILLICIT MARITIME ACTIVITY | |
| Other: | | | |
| Check one: | ☒ High Seas | ☐ U.S. EEZ | ☐ U.S. Terr. Sea |
| | ☐ U.S. Internal | ☐ U.S. Contiguous | ☐ Foreign Terr. Sea |

### RIGHT OF APPROACH

| | | | |
|---|---|---|---|
| Vessel Name: N/A | | Homeport: COLOMBIA | |
| Flag State: N/A | | Doc./Reg. Number: N/A | |
| Flag State Claim Via: | ☒ Verbal | ☐ Flag | ☐ Vessel Markings |

### PRE-BOARDING QUESTIONS

| | | | |
|---|---|---|---|
| Master Name: BENARDO VARGOS | | Nationality: DOMINICAN REPUBLIC | DOB: 20AUG1984 |
| Vessel Owner: N/A | | Vessel Length: 45 FT | |
| Number Crew: 03 | Nationality: 03 DOMINICAN REPUBLIC | | |
| Check one: | ☐ Cargo | ☐ Passenger | ☐ Fish |
| | ☒ Other: SMUGGLING AS CLAIMED BY THE MASTER | | |
| Purpose of Voyage: SMUGGLING | | | |
| LPOC: COLOMBIA | | Date Departed: 01 SEP2020 | |
| NPOC: COLOMBIA | | Date of Arrival: 03 SEP2020 | |

### MISCELLANEOUS

| | | | |
|---|---|---|---|
| Weapons Aboard: | ☐ Yes | ☒ No | ☐ Don't know |
| HAZMAT Aboard: | ☐ Yes | ☒ No | ☐ Don't know |
| HAZMAT type: N/A | | | |
| LE Database Check: | Source: | ☐ Negative | ☐ Positive |
| Amplify when positive: N/A | | | |

FOR OFFICIAL USE ONLY
PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552 AND 552a

Appendix (G) to COMDTINSTM16247.1G



## LAW ENFORCEMENT CASE PACKAGE CHECKLIST

**PART II**

| VESSEL INFORMATION | | |
|---|---|---|
| Time of Initial Acquisition: 1709Z | Method of Initial Acquisition: MPA | |
| Distance and Direction from Prominent Point of Land: 120NM | | |
| Time Visually Acquired: 2250Z | Course: 015 | Speed: 12kts |
| Vessel Response: JETTISON | | |
| Other Indications of Vessel Name/Identity: N/A | | |
| Numbers on Hull: N/A | Flag Flown: N/A | |
| Other Indications of Vessel Nationality: N/A | | |
| Vessel Activity: UNDERWAY | How is Vessel Riding in Water: LOW | |

| BASIS OF BOARDING (Check all that apply) |
|---|
| ☐ Special Circumstances |
| ☐ Consensual Boarding |
| ☐ Right of Visit |
| ☐ Rendering Assistance to Persons/Property |

| |
|---|
| ☐ Flag or Coastal State Authorization |
| ☐ Special Arrangement (PD-27/SNO) |
| ☒ Bilateral/Multilateral Agreement |
| ☐ Shiprider Provision |
| ☒ Ship Boarding Provision |
| ☐ Other International Agreement (e.g., fisheries) |
| ☐ U.S. Vessel |
| ☐ Foreign Flag Vessel Subject to U.S. Jurisdiction |
| ☐ In U.S. Internal Waters |
| ☐ In U.S. Territorial Sea |
| ☐ In U.S. Contiguous Zone |
| ☐ In U.S. EEZ |
| ☐ Hot Pursuit |
| ☐ Constructive Presence |
| ☒ Vessel Without Nationality |
| ☐ Vessel Assimilated to Vessel Without Nationality |

FOR OFFICIAL USE ONLY
PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552 AND
552a

Appendix (G) to COMDTINSTM16247.1G



| VESSEL DOCUMENTS AND PAPERS (CHECK ALL THAT APPLY) | | | |
|---|---|---|---|
| ☐ Certificate OF Number: N/A | | Number: N/A | State: N/A |
| ☐ Certificate of Document: N/A | | Number: N/A | Date: N/A |
| Endorsements: N/A | ☐ Registry | ☐ Coastwise | ☐ Coastwise-Bo. |
| | ☐ Great Lakes | ☐ Fishery | ☐ Recreational |
| ☐ Foreign Document: N/A | | Number: N/A | Issued by: N/A |
| ☐ Certificate of Inspection: N/A | | Number: N/A | Date: N/A |
| ☐ Certificate of Financial Responsibility: N/A | | Number: N/A | Date: N/A |
| ☐ Load Line Certificate: N/A | | Number: N/A | Date: N/A |
| ☐ Int'l Oil Pollution Prevention Certificate: N/A | | Number: N/A | Date: N/A |
| ☐ Ship's Log N/A | | | |
| ☐ Operator's License: N/A | | | |
| ☐ Cargo Manifest or Bill of Lading: N/A | | Date: N/A | |
| ☐ Foreign Fishing Permit: N/A | | Number: N/A | Date: N/A |
| ☐ FCC Station License: N/A | | Number: N/A | Date: N/A |
| ☐ SOLAS Safety Equipment Certificate: N/A | | Number: N/A | Date: N/A |
| ☐ SOLAS Construction Certificate: N/A | | Number: N/A | Date: N/A |
| ☐ Customs Clearance Papers: N/A | | | |
| ☐ Immigration Documents: N/A | | | |
| ☐ Zarpe | | | |

NOTE: The Zarpe is an official document issued by most Latin American countries to a vessel when it leaves port. It will often include an attached crew list. The Zarpe can be a powerful piece of evidence in that it establishes a place of departure, identity of crewmembers at the time of departure and is often used by the crew to disguise the true place of departure.

| PURPOSE OF VOYAGE: | | | |
|---|---|---|---|
| ☐ Cargo | ☐ Fishing | ☐ Passenger | ☐ Recreation |
| ☒ Other: SMUGGLING – VERBAL CLAIM BY MASTER (BERNARDO VARGOS) | | | |
| Usual Trade and Route: UNKNOWN | | | |
| Type, Amount, and Location Aboard of Cargo/Fish: N/A | | | |
| When and Where Cargo Loaded/Fish Caught: N/A | | | |

FOR OFFICIAL USE ONLY
PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552 AND 552a

Appendix (G) to COMDTINSTM16247.1G 

## BOARDING TEAM INFORMATION

*INCLUDE KEY BRIDGE PERSONNEL AND AVIATION DETACHMENT, IF APPLICABLE. AS PERSONNEL ROTATE TO NEW DUTY STATIONS, UPDATE THIS LIST WITCURRENT CONTACT INFORMATION FOR ALL PERSONNEL WITH INVOLVEMENT IN THE CASE UNTIL, IF APPLICABLE, THE CASE HAS GONE TO TRIAL AND ALL APPEALS HAVE BEEN EXHAUSTED.*

| Name: | Position/Unit/Rotation Date: |
|---|---|
| ME2 Perry | Boarding Officer |
| ME3 VillaSenor | Assistant Boarding Officer |
| ME3 Barber | Boarding Team Member |
| CPL Thorton | Boat Crewman |
| MRN Fadli | Coxswain |

Time Boat Launched: 2108Z

Distance to Contact Vessel: 30NM

Position of Cutter at Boat Launch: 13 58 N 071 18 W

Time Arrived on Contact Vessel: 2250Z

Comments:

## CREW AND PASSENGER INFORMATION

| Name | Nationality | Position | Nation of Residence |
|---|---|---|---|
| Bernardo Vargos | Dominican | Master | Dominican Republic |
| Ricardo Polanco Medina | Dominican | Crew member | Dominican Republic |
| Carlos Alberto Luna Gamboa | Dominican | Crew member | Dominican Republic |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

FOR OFFICIAL USE ONLY
PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552 AND 552a

Appendix (G) to COMDTINSTM16247.1G



| MASTER/OWNER/OPERATOR INFORMATION | | |
|---|---|---|
| Master Aboard: | ☒ Yes | ☐ No |
| Master Name: BENARDO VARGOS | Master Nationality DOMINICAN REPUBLIC | |
| Master Address: N/A | | |
| **If Master is Not Aboard:** N/A | | |
| Master's Name on Vessel Documents: N/A | ☐ Yes | ☐ No |
| Date Master Departed: N/A | | |
| Vessel Location When Master Last Departed: N/A | | |
| How Master Departed: N/A | | |
| Reason Master Departed: N/A | | |
| Owner/Agents Aware Master is not Aboard: | ☐ Yes | ☐ No |
| Name and Address of Person in Charge: N/A | | |

Appendix (G) to COMDTINSTM16247.1G 

| SEIZURE AND ARREST | | |
|---|---|---|
| Vessel Seized: | ☐ Yes | ☒ No |
| Date of Seizure: N/A | Time of Seizure: N/A | |
| Basis for Seizure (i.e., statutory cite: 46 USC 70503 | | |
| ARRESTEE/DETAINEE INFORMATION | | |
| 1. Name: Bernardo Vargos | Date of Birth: 20AUG84 | Nationality: Dominican Republic |
| Check one: | ☐ Arrested | ☒ Detained |
| Date: 02SEP20 | Time: 0224Z | |
| Basis for Arrest or Seizure: 46 USC 70503 | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☒ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☒ No |
| Rights Waived: | ☐ Yes | ☒ No |
| 2. Name: Ricardo Polanco Medina | Date of Birth: NOT PROVIDED | Nationality: Dominican Republic |
| Check one: | ☐ Arrested | ☒ Detained |
| Date: 02SEP20 | Time: 0224Z | |
| Basis for Arrest or Seizure: 46 USC 70503 | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☒ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☒ No |
| Rights Waived: | ☐ Yes | ☒ No |
| 3. Name: Carlos Alberto Luna Gamboa | Date of Birth: 29DEC94 | Nationality: Colombia |
| Check one: | ☐ Arrested | ☒ Detained |
| Date: 02SEP2020 | Time: 0224Z | |
| Basis for Arrest or Seizure: 46 USC 70503 | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☒ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☒ No |
| Rights Waived: | ☐ Yes | ☒ No |
| 4. Name: N/A | Date of Birth: | Nationality: |
| Check one: | ☐ Arrested | ☐ Detained |
| Date: | Time: | |
| Basis for Arrest or Seizure: | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☐ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☐ No |
| Rights Waived: | ☐ Yes | ☐ No |

FOR OFFICIAL USE ONLY
PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552 AND 552a

Appendix (G) to COMDTINSTM16247.1G



| 5. Name: N/A | Date of Birth: | Nationality: |
|---|---|---|
| Check one: | ☐ Arrested | ☐ Detained |
| Date: | Time: | |
| Basis for Arrest or Seizure: | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☐ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☐ No |
| Rights Waived: | ☐ Yes | ☐ No |
| 6. Name: N/A | Date of Birth: | Nationality: |
| Check one: | ☐ Arrested | ☐ Detained |
| Date: | Time: | |
| Basis for Arrest or Seizure: | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☐ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☐ No |
| Rights Waived: | ☐ Yes | ☐ No |
| 7. Name: N/A | Date of Birth: | Nationality: |
| Check one: | ☐ Arrested | ☐ Detained |
| Date: | Time: | |
| Basis for Arrest or Seizure: | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☐ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☐ No |
| Rights Waived: | ☐ Yes | ☐ No |
| 8. Name: N/A | Date of Birth: | Nationality: |
| Check one: | ☐ Arrested | ☐ Detained |
| Date: | Time: | |
| Basis for Arrest or Seizure: | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☐ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☐ No |
| Rights Waived: | ☐ Yes | ☐ No |
| 9. Name: N/A | Date of Birth: | Date of Birth: |
| Check one: | ☐ Arrested | ☐ Detained |
| Date: | Time: | |
| Basis for Arrest or Seizure: | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☐ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☐ No |
| Rights Waived: | ☐ Yes | ☐ No |

FOR OFFICIAL USE ONLY
PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552 AND 552a

Appendix (G) to COMDTINSTM16247.1G 

| 10. Name: N/A | Date of Birth: | Nationality: |
|---|---|---|
| Check one: | ☐ Arrested | ☐ Detained |
| Date: | Time: | |
| Basis for Arrest or Seizure: | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☐ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☐ No |
| Rights Waived: | ☐ Yes | ☐ No |
| 11. Name: N/A | Date of Birth: | Nationality: |
| Check one: | ☐ Arrested | ☐ Detained |
| Date: | Time: | |
| Basis for Arrest or Seizure: | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☐ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☐ No |
| Rights Waived: | ☐ Yes | ☐ No |
| 12. Name: N/A | Date of Birth: | Nationality: |
| Check one: | ☐ Arrested | ☐ Detained |
| Date: | Time: | |
| Basis for Arrest or Seizure: | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☐ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☐ No |
| Rights Waived: | ☐ Yes | ☐ No |
| 13. Name: N/A | Date of Birth: | Nationality: |
| Check one: | ☐ Arrested | ☐ Detained |
| Date: | Time: | |
| Basis for Arrest or Seizure: | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☐ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☐ No |
| Rights Waived: | ☐ Yes | ☐ No |
| 14. Name: N/A | Date of Birth: | Nationality: |
| Check one: | ☐ Arrested | ☐ Detained |
| Date: | Time: | |
| Basis for Arrest or Seizure: | | |
| Questioned After Arrest/Detention: | ☐ Yes | ☐ No |
| Rights Given Prior to Questioning: | ☐ Yes | ☐ No |
| Rights Waived: | ☐ Yes | ☐ No |

FOR OFFICIAL USE ONLY
PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552 AND 552a

Appendix (G) to COMDTINSTM16247.1G



| POTENTIAL WITNESS (OTHER THAN BOARDING TEAM MEMBERS) | | |
|---|---|---|
| Name | Unit | Position |
| N/A | | |

| CUSTODY CREW | | |
|---|---|---|
| Name | Position | Time(s) Aboard Vessel |
| N/A | | |

### CHAIN OF CUSTODY (Print and sign name on evidence tags)

| | | |
|---|---|---|
| Vessel: N/A | | |
| Seizure Tag: N/A | ☐ Yes ☐ No | Number: N/A |
| Description: N/A | | |
| Turnover: N/A | Date: | Time: |
| Official Accepting Turnover: N/A | | |

### CONTRABAND/EVIDENCE

| | | |
|---|---|---|
| Seizure/Evidence Tag: D0031770483 | ☒ Yes ☐ No | Number: D0031770483 |
| Description: VESSEL ELECTRONICS: GPS FURUNO /UNIDEN RADIO / SSB RADIO TELEPHONE | | |
| Seizure/Evidence Tag: D0031770484 | ☒ Yes ☐ No | Number: D0031770484 |
| Description: ELECTRONICS | | |
| Seizure/Evidence Tag: N/A | ☐ Yes ☐ No | Number: |
| Description: | | |

### VIDEO AND PHOTOGRAPHIC EVIDENCE

| | | | |
|---|---|---|---|
| Videotape Taken: | ☐ Yes ☒ No | ☐ Digital ☐ Film | Number: |
| Photos Taken: | ☒ Yes ☐ No | ☒ Digital ☐ Film | Number: 054 |
| Photo/Video Log Attached: ☒ Yes ☐ No | | | |

**NOTE:** Ensure the name and unit of photographer and videographer is included in the photo/video log. Photo/Video logs should be listed as an enclosure to the completed seizure package. Ensure a proper chain of custody is maintained on all videotapes and film to be used as evidence.

FOR OFFICIAL USE ONLY
PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552 AND 552a

Appendix (G) to COMDTINSTM16247.1G 

| DRUG DETECTION AND IDENTIFICATION EVIDENCE | | | |
|---|---|---|---|
| Drug Detection Device Used | | ☐ Yes ☒ No | |
| Check all that apply: | ☐ IONSCAN | | ☐ CINDI |
| | ☐ Buster | | ☐ Other: |
| **Personnel Conducting Drug Detection:** | | | |
| Name: N/A | Device: N/A | | Date/Time: |
| Drug Detection Documentation or Other Evidence Attached ☐ Yes ☒ No | | | |
| Describe: N/A | | | |
| Drug Identification Device Used: | | ☒ Yes ☐ No | |
| Check all that apply: | ☒ NIK | ☐ Other: | |
| **Personnel Conducting Drug Identification** | | | |
| Name: ME3 Maggio | Device: NIK Test G | | Date/Time: 02SEP20/0215Z |
| Name: ME1 Pohts | Device: NIK Test G | | Date/Time: 02SEP20/0215Z |
| Drug Detection Documentation or Other Evidence Attached: ☒ Yes ☐ No | | | |
| Describe: | | | |

| EVIDENCE OF DRUG QUANTITY AND DESTRUCTION: | | |
|---|---|---|
| Type of Narcotics: | ☒ Cocaine | Quantity: 358 KGS |
| | ☐ Marijuana | Quantity: N/A |
| | ☐ Heroin | Quantity: N/A |
| | ☐ Hashish | Quantity: N/A |
| | ☐ Other | Quantity: N/A |
| Weighing Method and Sampling Method: WEIGHT SCALE | | |
| Scale Used: YES | | |
| **Personnel Weighing Drugs** | | |
| Name: ME3 VILLASENOR | Role: ASSISTANT BOARDING OFFICER | Date/Time: 03SEP20/0130 Q |
| Name: N/A | Role: N/A | Date/Time: N/A |
| Name: N/A | Role: N/A | Date/Time: N/A |
| Name: N/A | Role: N/A | Date/Time: N/A |

FOR OFFICIAL USE ONLY
PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552 AND 552a



| Drug Packaging: BLACK AND WHITE BUNDLES | |
|---|---|
| Authority for Destruction: CG DISTRICT 7 | Method of Destruction: SINKEX |
| Date/Time of Destruction: 03SEP2020 / 1625Z | Quantity Destroyed: N/A |
| **Personnel Conducting Destruction:** | |
| Name: RFA ARGUS PERSONNEL | Role: N/A |
| Name: N/A | Role: N/A |
| Name: N/A | Role: N/A |
| Name: N/A | Role: N/A |
| Name: N/A | Role: N/A |

### CONTRABAND DEBRIS FIELD-JETTISON INFORMATION

Number of bales recovered: 11

Estimate size of debris field: 200 YARDS

Estimated position : 13 46N /071 18W

Position where vessel began jettisoning: 13 46N /071 18W

Position where vessel ceased jettisoning: 13 46N /071 18W

Position where vessel was stopped: 13 46N /071 18W

Distance in nautical miles from position where vessel was stopped to closest bale: 1NM

Distance in nautical miles from position where vessel was stopped to estimated center of the debris field: 1NM

Distance in nautical miles from position where vessel was stopped to farthest bale: 1NM

Time of recovery of first bale: 2251Z

Time of interdiction of the suspect vessel: 2259

### ATTACHMENT CHECKLIST

| | |
|---|---|
| ☒ Witness Statements | ☐ Video Log |
| ☒ Unit Smooth Log | ☒ Photo Log |
| ☒ Message Traffic | ☒ Detainee Log |
| ☐ Radiotelephone Log | ☒ Drug Detection/Identification Evidence |
| ☒ Chain of Custody Documents | ☐ Evidence of Drug Quantity/Destruction |
| ☒ Diagram of Seized Vessel Layout | ☐ Sample Drug Packaging |
| ☒ Representative Drug Sample | |

FOR OFFICIAL USE ONLY
PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552 AND 552a