U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

| | | |
|---|---|---|
| 1. Program Code | 2. Cross Related Files File | 3. File No. ▓▓▓    4. G-DEP Identifier ▓▓▓ |
| 5. By: Carlos A Irizarry, SA<br>At: TAMPA, FL DISTRICT OFFICE | ☐ ☐ ☐ ☐ ☐ | 6. File Title<br>VARGAS, Bernardo |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared<br>09-21-2020 |
| 9. Other Officers: SA Steven Mauricio, SA Jeff Womack | | |
| 10. Report Re: Acquisition of Exhibit 1 and Arrest of Bernardo VARGAS, Carlos LUNA-GAMBOA & Ricardo POLANCO-Medina on 09-17-2020 | | |

## SYNOPSIS

On September 8, 2020, a maritime patrol aircraft (MPA) detected a northbound target of interest (TOI) approximately 72 nautical miles north of Puerto Bolivar, Colombia. The RFA Argus with embarked USCG/LEDET 106 on board responded and launched it's small boat. The small boat commenced pursuit and observed the occupants of a go-fast vessel (GFV) jettisoning packages. The GFV attempted to flee but subsequently stopped. The master made a verbal claim of Dominican Republic for the GFV and authorization was granted to treat the vessel as one without nationality after the DR Government could neither confirm or deny registry of the vessel. USCG LEDET 106 commenced the boarding. Approximately 11 bales (358 kilograms at sea weight) were recovered by the RFA Argus from the observed jettison. Authorization was granted to treat the three occupants as detainees. The boarding team reported the GFV had begun to take water as weather conditions deteriorated. The detainees were disembarked and a search for additional contraband was negative. The GFV was destroyed as a hazard to navigation. The three crewmembers were later identified as Bernardo VARGAS DOB 08-20-1984 (Master), Ricardo POLANCO-Medina (UNK DOB) and Carlos Alberto LUNA-Gamboa DOB 12-29-1994. All detainees and contraband remained in custody of the USCG pending transport to the Middle District of Florida for processing and prosecution.

## DETAILS

| | | |
|---|---|---|
| 11. Distribution:<br>   Division<br><br>   District<br><br>   Other    SARI | 12. Signature (Agent)<br>/s/ Carlos A Irizarry, SA | 13. Date<br>09-21-2020 |
| | 14. Approved (Name and Title)<br>/s/ Gregory T Cowles, GS | 15. Date<br>09-23-2020 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

DISC-00110

| | 1. File No. ▉ | 2. G-DEP Identifier ▉ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title VARGAS, Bernardo | |
| 4. Page 2 of 3 | | |
| 5. Program Code | 6. Date Prepared 09-21-2020 | |

1. On September 17, 2020, Bernardo VARGAS, Carlos LUNA-GAMBOA, Ricardo POLANCO-Medina and 12 packages of suspected cocaine (Exhibit 1) were transported by the USCGC Harriet Lane to Miami, Florida pursuant to a federal grand jury indictment (8:20-CR-266). On the same date, custody of the aforementioned subjects and Exhibit 1 was transferred to DEA/HSI/FBI SAs assigned to PANEX North for processing.

2. The following DNA samples were collected during processing:

   - VARGAS - E0486418
   - LUNA-Gamboa - C0012022
   - POLANCO-Medina - E0486402

3. On the same date, VARGAS, LUNA-Gamboa and POLANCO-Medina appeared before a US Magistrate Judge for Initial Appearance. All subjects were subsequently remanded to the custody of the United States Marshals Service.

## CUSTODY OF EVIDENCE

**Exhibit 1** is described as 4 sealed evidence boxes containing 279 brick-shaped objects of suspected cocaine, seized by the RFA Argus/LEDET 106 on 09-08-2020. On 09-17-2020, USCG ME1 Isaac Adames transferred custody of Exhibit 1 to SA Steven Mauricio in Fort Lauderdale, Florida, as witnessed by SA Daniel McDonough. On the same date, Exhibit 1 was transported to the DEA Southeast Laboratory (escorted by a security detail), where it was processed and submitted into evidence pending analysis/safekeeping by SA Mauricio, as witnessed by SA Jeff Womack.

## INDEXING

**1. VARGAS, Bernardo - NADDIS/Pending**

Dominican Republic National, DOB 08-20-1984. Vessel captain interdicted by USCG on 09-08-2020 aboard GFV 72NM north of Puerto Bolivar, Colombia while attempting to smuggle approx. 358 kilograms of cocaine.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

DISC-00111

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

1. File No.

2. G-DEP Identifier

3. File Title
VARGAS, Bernardo

4. Page 3 of 3

5. Program Code

6. Date Prepared
09-21-2020

**2. POLANCO-Medina, Ricardo - NADDIS/Pending**

Dominican Republic National. Crewmember interdicted by USCG on 09-08-2020 aboard GFV 72NM north of Puerto Bolivar, Colombia while attempting to smuggle approx. 358 kilograms of cocaine.

**3. LUNA-Gamboa, Carlos Alberto - NADDIS/Pending**

Colombian National, DOB 12-29-1994. Crewmember interdicted by USCG on 09-08-2020 aboard GFV 72NM north of Puerto Bolivar, Colombia while attempting to smuggle approx. 358 kilograms of cocaine.

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

DISC-00112