| From: | Goodin, Toni (USAFLM) |
|---|---|
| Sent: | Wednesday, March 17, 2021 2:55 PM |
| To: | Kathleen Sweeney |
| Cc: | Amanda Sellers; Tim Bower Rodriguez |
| Subject: | RE: Varga witness |

Yes, I'm presently unaware of who compiled the Coast Guard Case Package. However, I will inquire and provide you the name of that individual based on our conversation yesterday.

Additionally, you inquired about availability of British nationals from the RFA ARGUS to testify and any reports from the RFA ARGUS. I informed you that the RFA ARGUS does not generate any reports related to the defendants interdiction and the British nationals will not be available to testify and there was discussion to look into agreement on a stipulation. Please advise what information from ARGUS you would like to include in a stipulation.

Very respectfully,


**Toni A. Goodin**
Special Assistant United States Attorney
United States Attorney's Office
Middle District of Florida
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
Tel: 813.541.6432 (teleworking)
Email: Toni.Goodin@usdoj.gov