# EXHIBIT 1

## MISSION SUMMARY

| Date: | 9/2/2020 | A/C #: | ███ | TOMIS #: | ███████ |
|---|---|---|---|---|---|

| ZDate: | | Crew List | | | DRI |
|---|---|---|---|---|---|
| MC | ███ | FE | ███ | LTFO | Baskin, R. | 0 |
| CP | | FE | | TFO | | 0 |
| CP | | FE | | TFO | ███ | 0 |
| CP | | PAX | | TFO | | 0 |
| PAX | | PAX | | PAX | | 0 |
| PAX | | PAX | | PAX | | 0 |

| LEG 1 | | | | | LEG 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DEP LOC | T/O (Z) | LAND (Z) | HOURS | ARR LOC | DEP LOC | T/O (Z) | LAND (Z) | HOURS | ARR LOC |
| TNCC | 1445 | 0010 | 9.4 | TNCC | | : | | | |

| LEG 3 | | | | | LEG 4 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DEP LOC | T/O (Z) | LAND (Z) | HOURS | ARR LOC | DEP LOC | T/O (Z) | LAND (Z) | HOURS | ARR LOC |
| | : | : | | | | : | : | | |

| TOTAL FLIGHT TIME HH+MM | 9+25 | TOTAL FLIGHT TIME HH.MM | 9.4 |
|---|---|---|---|

| OP AREA 1 | ONSTA 1 TIME (Z) | OFFSTA 1 TIME (Z) | TOTAL ONSTA 1 | OP AREA 2 | ONSTA 2 TIME (Z) | OFFSTA 2 TIME (Z) | TOTAL ONSTA 2 | TOTAL ONSTA TIME |
|---|---|---|---|---|---|---|---|---|
| E. Carib | 1505 | 2340 | 8.6 | | : | : | | |

| LINK 16 | % CONNECTED | Units in Link | Problems with Link |
|---|---|---|---|
| | | | |

## COUNTRY CLEARANCE

| TIME (Z) | COUNTRY | REQUEST / REMARKS / APPROVING AUTHORITY |
|---|---|---|
| : | | |
| : | | |

| 1 - 2 ( 0) | 15 - 20 (.3) | 33 - 38 (.6) | 51 - 56 (.9) | ADIZ PENETRATION POINTS | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 - 8 (.1) | 21 - 26 (.4) | 39 - 44 (.7) | 57 - 60 (1.0) | TIME (Z) | LOC | MODE 3 | ALT | AGENCY |
| 9 - 14 (.2) | 27 - 32 (.5) | 45 - 50 (.8) | | | | | | |

| TGT # | 0301 | EJAC # | ███ | INIT DETECT | SeaVue | A/C | CBP LRT | ABD # | |
|---|---|---|---|---|---|---|---|---|---|
| TGT # | 0302 | EJAC # | ███ | INIT DETECT | SeaVue | A/C | CBP LRT | ABD # | |
| TGT # | 0303 | EJAC # | ███ | INIT DETECT | SeaVue | A/C | CBP LRT | ABD # | |
| TGT # | | EJAC # | | INIT DETECT | | A/C | | ABD # | |

| AGENCY IN SUPPORT OF | DETECTION REPORT | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ███ | | TOTAL | | FRIENDLY | | UNKOWN | | SUSPECT |
| AREA OF OPERATION | | N | S | N | S | N | S | N | S |
| | E. Carib | | | | | | | | |

RADAR Time: 1106.6
Wescam Time: 969.2

| TIME (Z) | TRACK # | ***LOG*** | INIT |
|---|---|---|---|
| 1425 | BRF | Tasked ███ to search an area centered approximately150nm northwest of Curacao for suspect vessels associated with ███ case # ███ | RRB |
| 1530 | 0301 | Located DIW go fast at 1327N 07120W.  Alpha #1 passed to ███ | RRB |
| 1611 | 0302 | Located go fast at 1253N 07118W on a course of 018 at 13knots. Alpha #2 passed | RRB |
| 1625 | 0302 | 1255N 07117W, 018, 15 knots | RRB |
| 1651 | 0301 | 1326N 07122W, DIW | RRB |
| 1700 | 0302 | 1303N 07117W, 015, 13 knots | RRB |

| TIME (Z) | TRACK # | *** LOG *** PAGE ( 2 ) OF ( 3 ) PAGES | INIT |
|---|---|---|---|
| 1736 | 0303 | 1349N 07138W, 185 at 20 knots, 40' go fast. | RRB |
| 1815 | 0301 | 1327N 07125W DIW | RRB |
| 1815 | 0302 | 1318N 07117W 012 AT 13 KNOTS | RRB |
| 1819 | 0303 | 1336N 07140W 190 AT 20 KNOTS | RRB |
| 1845 | 0301 | 1327N 07126W, DIW | RRB |
| 1845 | 0302 | 1324N 07116W, 012 at 13 knots | RRB |
| 1845 | 0303 | 1327N 07140W, 190 at 20 knots | RRB |
| 1914 | 0301 | 1327N 07127W, DIW | RRB |
| 1914 | 0302 | 1330N 07117W, 360 AT 14 KNOTS | RRB |
| 1914 | 0303 | 1321N 07142W, 180 AT 19 KNOTS | RRB |
| 1945 | 0301 | 1327N 07128W DIW | RRB |
| 1945 | 0302 | 1338N 07118W 015 AT 14 KNOTS | RRB |
| 1945 | 0303 | 1309N 07141W 190 AT 20 KNOTS | RRB |
| 1958 | NOTE | Tasked ▮▮▮ to search an area approximately 115nm northwest of Curacao for an unidentified suspect vessel | RRB |
| 2030 | 0302 | 1346N 07118W 015 at 12 KNOTS | RRB |
| 2045 | 0303 | 1252N 07141W 185 at 20 KNOTS | RRB |
| 2048 | 0301 | 1327N 07128W DIW | RRB |
| 2115 | 0301 | 1327N 07130W DIW. OTH launched for intercept | RRB |
| 2115 | 0302 | 1356N 07117W 015 at 13 | RRB |
| 2125 | 0302 | 1358N 07117W 015 at 13 | RRB |
| 2135 | 0302 | 1400N 07116W 015 at 13 | RRB |
| 2137 | 0301 | 1327N 07131W DIW | RRB |
| 2145 | 0302 | 1402N 07117W 015 at 13 | RRB |
| 2155 | 0302 | 1404N 07117W 360 at 13 | RRB |
| 2205 | 0302 | 1407N 07117W 005 at 13 | RRB |
| 2215 | 0302 | 1409N 07117W 360 at 12 | RRB |
| 2224 | 0302 | 1411N 07117W DIW | RRB |
| 2235N | 0302 | 1411N 07118W 360at 12 | RRB |
| 2252 | 0302 | OTH reports visual on STOI. STOI turned south. 1415N 07120W. | RRB |
| 2307 | 0302 | OTH reports reports positive control of STOI at 1414N 07120W. 6 bales jettisoned with IR stobes. | RRB |
| 2318 | 0301 | 1327N 07133W DIW, ▮▮▮ ▮▮▮ ▮▮▮. Hot handoff with U.S air asset | RRB |
| 2323 | 0302 | ▮▮▮ ▮▮▮ | RRB |
| 2323 | NOTE | ▮▮▮ associated both 0301 and 0302 to ▮▮▮ ▮▮▮ | RRB |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| DATE: | | A/C: | OP AREA: | | | | | LEAD MSO: Baskin, R. | |
|---|---|---|---|---|---|---|---|---|---|
| TIME (Z) | TRACK # | | *** LOG *** | PAGE ( ) | OF ( ) | PAGES | | | INIT |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| DATE: | | A/C: | OP AREA: | LEAD MSO: Baskin, R. | |
|---|---|---|---|---|---|
| TIME (Z) | TRACK # | | *** LOG ***　　PAGE (　)　OF (　)　PAGES | | INIT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DATE: | 9/2/2020 | | A/C: ███ | | OP AREA: | | | | | LEAD MSO: Baskin, R. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

*** LOG ***     PAGE ( 3 ) OF ( 3 ) PAGES

| TIME (Z) | POSITION | NAME | DESCRIPTION | CRS / SPD | EJAC # | CASE # | EVENT # | TRACK # |
|---|---|---|---|---|---|---|---|---|
| 1530 | 1327N 07120W | | 40' GF with 2 OBE and a tarp over the middle | DIW | ███ | | | 0301 |
| 1611 | 1253N 07118W | | 40' GF with 1 OBE | 018/13 | ███ | ███ | | 0302 |
| 1736 | 1349N 07138W | | 40' GF | 185/20 | | | | 0303 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |