UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                CASE NO. 8:20-cr-266-MSS-JSS

BERNARDO VARGA,
RICARDO POLANCA-MEDINA, and
CARLOS ALBERTO LUNA-GAMBOA

## STATUS REPORT

The United States of America, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of October 5, 2020, the United States has messaged defense counsel and received no response and herein states as follows:

1.    <u>Brief summary of the case's status:</u>

The defendants were indicted in a two-count indictment on September 10, 2020. Count One charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. Count Two charges the defendants with possession with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States.

Three defendants were indicted, and all are in custody. The defendants were arraigned on October 5, 2020. All the defendants pleaded not guilty. Due to difficulty

obtaining discovery from the Coast Guard, initial discovery was made available electronically or mailed out on October 16, 2020, with additional disclosures on October 21, November 13, January 15, 2021, February 10, 2021, April 14, 2021, May 14, 2021, and more discovery is expected to be forthcoming. The United States will also provide lab reports as soon as they are available, which is expected to be in July. Plea agreements have been furnished to counsel. On April 14, 2021 Jackson Boggs filed a notice of appearance to join as counsel for the United States. Toni Goodin will be withdrawing as counsel from the case by the end of June 2021.

2. <u>Possibility of a plea agreement as to each defendant:</u>

As stated above, continuing discovery will be provided and plea agreements have been furnished to defense counsel. The following are responses from the defendants:

The Defendants are waiting on discovery from a request submitted Wednesday, May 12, 2021 which the United States is reviewing and will provide a response. On June 7, 2021, the defendants tendered an updated proposed stipulation on the admissibility of videos and photos, which the Government has under review.

3. <u>Number of days required for trial, for government's case-in-chief:</u>

It is estimated the United States will require four days to present its case-in-chief.

4. <u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>

Mr. Varga filed a Motion to Suppress (Dkt. 52) on January 21, 2021, the United States filed a response, and the Defendant filed a Reply (Dkt. 65) on February 25, 2020. Mssrs. Polanca-Medina & Luna Gamboa filed a Motion to Sever

Defendant(s) Polanca-Media & Luna-Gamboa, and alternatively, Motion in Limine to Exclude Codefendant Varga's Statement to Law Enforcement Officer (Dkt. 69) on March 12, 2021. The United States filed a response on March 26, 2021 (Dkt. 72). Additionally, Defendant(s) Polanca-Media & Luna-Gamboa filed a motion for a evidentiary hearing , which was granted and hearing set for July 27, 2021. Dkts.74, 81, 105. The motions to suppress, and sever are all ripe for determination.

5. <u>Potential speedy trial problems:</u>

The case is currently set for trial in the Court's August 2021 trial term. Varga and Luna-Gamboa have filed waivers of speedy trial through December 31, 2021. Polanca-Medina has filed a waiver of speedy trial through April 30, 2021.

>Respectfully submitted,
>
>KARIN HOPPMANN
>Acting United States Attorney
>
>By: /s/ *Toni A. Goodin*
>Toni A. Goodin
>Special Assistant United States Attorney
>United States Attorney No. 194
>400 N. Tampa Street, Suite 3200
>Tampa, Florida 33602-4798
>Telephone:  (813) 274-6000
>Facsimile:   (813) 274-6358
>E-mail:       toni.goodin@usdoj.gov

U.S. v. Varga, et al.                    Case No. 8:20-cr-266-MSS-JSS

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

    Kathleen M. Sweeney, Esquire
    Tim Bower-Rodriguez, Esquire
    Amanda Sellers, Esquire

                                  /s/ Toni A. Goodin
                                  Toni A. Goodin
                                  Special Assistant United States Attorney
                                  United States Attorney No. 194
                                  400 N. Tampa Street, Suite 3200
                                  Tampa, Florida 33602-4798
                                  Telephone:   (813) 274-6000
                                  Facsimile:   (813) 274-6358
                                  E-mail:      toni.goodin@usdoj.gov