Exhibit 1
Alpha report



# CONSOLIDATED EPAC BOARDING
## ALPHA REPORT

Updated: 29 JAN 20

**Vessel Information**

USCGC / USS & LEDET: **LEDET 106**              Report Time: **1709Z** to JIATF S
1. DTG of Sighting: **02 1548Z SEP 2020**  Method: Ship / RHIB / Helo / **MPA** & Time Remaining On-Scene: **05:00 Hours**
2. Initial Position / Course / Speed: **13 46 N / 071 18 W** ; Course: **015** ; Speed: **12 Kts**
   Nearest Point of Land: **120 NM**   Distance to TTS: **105 NM**
3. Vessel Type: Private: ( ) Motor  ( ) Sailing __# Masts
   Go-Fast: **Open**;  Tarp **N**; Color **Blue**;  # Eng **02**; Out-Board (Gas)
   Fishing: ( ) Trawler/Dragger  ( ) Long Liner  ( ) Seiner  ( ) Shrimper  ( ) Troller  ( ) Other
   Commercial: ( ) Tanker  ( ) Tug: W / WO Tow  ( ) Freighter: Bulk / Container  ( ) RORO
4. Vessel Name: **NONE**                    Is it painted? Where: **N/A**

5. Registry Number: **NONE**            Is it painted? Where: **N/A**

6. Nationality: **Dominican Republic** Master Verbal Claim: **Y** Flag Flown: **N** Flag Location: **N/A** Vessel Docs: **N**

7. Homeport: **Colombia**       8. Length: **45 ft**

9. Hull Color: **Blue**   &   Hull Type - **Bow Raised** Deck Well

10. Superstructure Location: **AFT**         11. Superstructure Color: **NONE**

12. Waterline Color: **White**               13. Trim Color: **Blue**

14. Exhaust Stack(s): **N/A**                15. Cranes / Booms: **N/A**

16. Antennas (Type and Number): **NONE**     17. Unit ESM Capable **N**  Data Capture **N**
(A) Radar - Can / Blade – Rotating (Y / N) _____  (B) Long-Wire _____  (C) DF / Loop _____  (D) Whip _____

18. Claimed Purpose / Cargo: **SMUGGLING**   If fishing, targeted species & weight: **N/A**

19. Gear on Deck **N** ; Type: (Long Line / Nets); Condition: (Good / Poor / Bad) Appropriate for species: (Y / N)

20. Activity & Suspicions (e.g.: Not engaged in fishing, DIW/Loitering, no one/too many people on deck, etc.):
**Vessel in a known drug trafficking area. Vessel observed jettisoning packages upon detecting LE presence. Vessel operating without navigation lights. Vessel attempting to evade LE asset.**

21. LPOC / Date: **01 SEP 2020 – Colombia**     22. NPOC / Date: **03 SEP 2020 - Colombia**

23. Master's Name, DOB, Nationality: **Bernardo Vargas – 20 AUG 1984 – Dominican Republic**

24. Total Persons on Board: **03**  &  Nationality: **Dominican Republic**

25. Unit Logistic/Risk Concerns:  **N**        26. Recommend Boarding: **Y**

27. WX: Winds: **15kts / SE**; Seas: **3ft / SE**; Swells: **3ft / SE** ; Visibility: **10NM** ; Baro: **1007**

28. TACON Shift Times: (to D7): **2109Z** SNO Times: (Request): **Y** (Approved): **03 0615Z SEP 20200**

***LEDO Note: When was the last time this vessel was boarded? _____  Results of Boarding: _____

LE-01                                       1