UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:20-cr-266-MSS-JSS

BERNARDO VARGA,
RICARDO POLANCA-MEDINA, and
CARLOS ALBERTO LUNA-GAMBOA

## STATUS REPORT: JULY 2022

The United States of America, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report following communication with defense counsel:

1. <u>Brief summary of the case's status:</u>

The defendants were indicted in a two-count indictment on September 10, 2020. Doc. 1. Count One charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. Count Two charges the defendants with possession with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States.

Three defendants were indicted, and all are in custody. The defendants were arraigned on October 5, 2020. All the defendants have pleaded not guilty. The United States does not anticipate additional discovery that would have an impact on trial preparation but will provide any discovery received as soon as possible upon receipt.

2. <u>Possibility of a plea agreement as to each defendant:</u>

Plea agreements have been furnished to defense counsel. As of today, all defendants remain in a trial posture.

3. <u>Number of days required for trial, for government's case-in-chief:</u>

It is estimated the United States will require three days to present its case-in-chief. Defense counsel estimate their case will take 1-2 days.

4. <u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>

There are no pending motions at this time.

5. <u>Potential speedy trial problems:</u>

At the status conference held on January 27, 2022, the Court made ends of justice findings and set this matter for date certain trial on July 18, 2022, owing to witness availability issues and pending motions which have now been decided. *See* Docs. 165-166.

Defendants Varga and Luna-Gamboa have filed waivers of speedy trial through December 31, 2021. Polanca-Medina has reportedly filed a waiver of speedy trial only through April 30, 2021. Representatives of defense counsel have viewed the

drug evidence in the case, and the United States prepared a stipulation regarding the drug evidence for defense counsel, but it does not appear that defendants will sign. The case appears set to proceed to trial on July 18, 2022.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ E. Jackson Boggs Jr.*
        E. Jackson Boggs Jr.
        Assistant United States Attorney
        United States Attorney No.: 080
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Jackson.Boggs@usdoj.gov

U.S. v. Varga, et al.	Case No. 8:20-cr-266-MSS-JSS

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Kathleen M. Sweeney, Esquire
Tim Bower-Rodriguez, Esquire
Amanda Sellers, Esquire

*/s/ E. Jackson Boggs Jr.*
E. Jackson Boggs Jr.
Assistant United States Attorney
United States Attorney No.: 080
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Jackson.Boggs@usdoj.gov