UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.

BERNARDO VARGA
CARLOS LUNA-GAMBOA
RICARDO POLANCA-MEDINA
    Defendants.
_____/

Case No.: 8:20-cr-266-MSS-JSS
____ Evidentiary

_X_ Trial
____ Other (Competency)

## DEFENDANTS' AMENDED EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 7/19/22 | 7/19/22 | M. Guerre | ZZ-001 video of boat production 3 |
| 1A | ↓ | ↓ | ↓ | YY-001 Photo of boat production 3 |
| 2 | ↓ | ↓ | ↓ | YY-002 photo of boat production 3 |
| 3 | ↓ | ↓ | ↓ | YY-003 photo of boat production 3 |
| 4 | ↓ | ↓ | ↓ | YY 004 photo of boat production 3 |
| 5 | ↓ | ↓ | ↓ | YY-005 photo of boat production 3 |
| 6 | ↓ | ↓ | ↓ | YY-006 |
| 7 | | | | YY-007 photo of boat production 3 |
| 8 | | | | ZZ-Redacted report Bates 110-112 |
| 9 | | | | Bates 113 and 114 |
| 10 | | | | Crew Statement 305 |
| 11 | 7/19/22 | 7/19/22 | R. Boykin | Photograph (Blue Boat photo extracted from crew statement (Bates 305). |
| 11a | | | | Summary of Mission Summary |
| 12 | | | | YY008- photo of a vessel Production 4/22/20 (alpha 2 (9) Production 7 |
| 13 | | | | Production 4/22/20 Photo of a vessel alpha 2 _6 |

1

|    |  |  |  |  | Production 7 |
|----|--|--|--|--|---|
| 14 |  |  |  |  | Production 4/22/20<br>Photo of a vessel alpha 2 _7<br>Production 7 |
| 15 |  |  |  |  | Production 4/22/20<br>Photo of a vessel alpha 2 _8<br>Production 7 |
| 16 |  |  |  |  | Production 4/22/20<br>Photo of a vessel alpha 2 _9<br>Production 7 |
| 17 |  |  |  |  | Production 4/22/20<br>Photo of a vessel alpha 2 _10<br>Production 7 |
| 18 |  |  |  |  | Production 4/22/20<br>Photo of a vessel alpha 2 _11<br>Production 7 |
| 19 |  |  |  |  | Production 4/22/20<br>Photo of a vessel alpha 2 _12<br>Production 7 |
| 20 |  |  |  |  | Production 4/22/20<br>Photo of a vessel alpha 2 _13<br>Production 7 |
| 21 |  |  |  |  | Production 4/22/20<br>Photo of a vessel alpha 2 _14<br>Production 7 |
| 22 |  |  |  |  | Production 4/22/20<br>Photo of a vessel alpha 2 _15<br>Production 7 |
| 23 |  |  |  |  | Production 4/22/20<br>Photo of vessel alpha 2 _16<br>Production 7 |
| 24 |  |  |  |  | zz-004 video of boat<br>\2021-02-10 Production\<br>20200902_004_H264.avi<br>Production 5 |
| 25 |  |  |  |  | zz-005 video of boat \2021-02-10<br>Production\ 20200902_005_H264.avi<br>Production 5 |
| 26 |  |  |  |  | Zz6 video of boat 2021-02-10 |

| | | | | |
|---|---|---|---|---|
| | | | | Production\ 20200902_006_H264.avi Production 5 |
| 27 | | | | Zz7 video of boat 2021-02-10 Production\ 20200902_007_H264.avi Production 5 |
| 28 | | | | Zz8 video of boat \2021-02-10 Production\20200902_008_H264.avi Production 5 |
| 29 | | | | Zz9 video of boat Production\20200902_009_H264.avi Production 5 |
| 30 | | | | Zz10 video of boat 2021-02-10 Production\20200902_010_H264.avi Production 5 |
| 31 | | | | Zz 11 video of boat \2021-02-10 Production\20200902_011_H264.avi Production 5 |
| 32 | | | | Zz 12 video of boat discovery\2021-02-10 Production\20200902_013A_H264.avi Production 5 |
| 33 | | | | Zzz 14 video of boat discovery\2021-02-10 Production\20200902_013A_H264.avi Production 5 |
| 34 | | | | Zzz 15 video of boat 2021-04-22 Production\20200902_003_H264.avi Production 7 |
| 35 | 7/19/22 | 7/19/22 | D.D-br | Sketch of vessel Bates 14 |
| 36 | | | | Photo drugs received by lab (Bates 275) |
| 37 | | | | Case Package |
| 38 | | | | Photograph Coordinates |
| 38a | | | | Icon Key for Maps |

| 39 | | | | Photograph Coordinates |
| --- | --- | --- | --- | --- |
| 40 | | | | Photograph Coordinates |
| 41 | | | | Photograph Coordinates |
| 42 | | | | Photograph Coordinates |
| 43 | | | | Photograph Coordinates |
| 44-55 | | | | Reserved |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Respectfully submitted,

A FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Kathleen M. Sweeney*
Kathleen M. Sweeney, Esq.
Indiana Bar No.0219249
Assistant Federal Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Kathleen_Sweeney@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to: AUSA Jackson Boggs

/s/ *Kathleen M. Sweeney*
Kathleen M. Sweeney, Esq.
Assistant Federal Defender